Babe WELCH, Appellant,

v.

**Dr. George J. BETO, Director, Texas Department of Corrections, Appellee.**

**No. 23420.**

United States Court of Appeals
Fifth Circuit.

Oct. 31, 1966.

Wm. Brode Mobley, Jr., Corpus Christi, Tex., for appellant.

Lonny F. Zwiener, Asst. Atty. Gen., Waggoner Carr, Atty. Gen. of Texas, Hawthorne Phillips, First Asst. Atty. Gen., T. B. Wright, Executive Asst. Atty. Gen., Howard M. Fender, Asst. Atty. Gen., Austin, Tex., for appellee.

Before HUTCHESON and JONES, Circuit Judges, and SPEARS, District Judge.

PER CURIAM:

The judgment of the District Court is affirmed. The motion by appellant for reimbursement of court costs is denied.